**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CHAD BLEVINS                                                                                          PLAINTIFF

v.                                        Case No. 3:24-CV-00037-JTK

MARTIN O'MALLERY,                                                                              DEFENDANT
Commissioner of the
Social Security Administration

## **ORDER**

Before the Court is Defendant's Unopposed Motion to Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 14) Upon examination of the merits of this case, this Court grants the motion, reverses this case, and remands it to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED THIS 12th day of August, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1