# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHAD BLEVINS                                                                                    PLAINTIFF

v.                                    Case No. 3:24-cv-00037- JTK

MARTIN O'MALLEY,                                                                          DEFENDANT
Commissioner of Social Security

## ORDER

Pending before the Court is Plaintiff Chad Blevins's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA). (Doc. No. 17) Mr. Blevins requests a total of $6,525.20 in fees and expenses. Defendant does not object to this award. (Doc. No. 19) After careful consideration, the Court finds that Mr. Blevins should be awarded reasonable attorney's fees and expenses.

EAJA fees are payable to plaintiffs, not plaintiffs' attorneys, and such fees are subject to an offset when a plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of Mr. Blevins, in care of his attorney, will issue to his attorney.

Accordingly, the Motion for Attorney's Fees pursuant to the EAJA (Doc. No. 17) is GRANTED. Mr. Blevins is awarded $6,525.20.

SO ORDERED THIS 25th day of October, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE